# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**MARVIN BURT**                                                                                       **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO. 3:22-cv-00097-MPM-RP**

**NAVISTAR INC., et al.**                                                                        **DEFENDANT**

## NOTICE/CERTIFICATE OF FILING STATE COURT RECORD

COMES NOW Defendant Navistar International Corporation, pursuant to Uniform Local Rule 5(b), and hereby gives notice of the filing of a copy of the State Court record.  Per the instructions of this Court, each document contained in the State Court record is attached hereto as a separate PDF.

Dated this the 8th day of June, 2022.

                              **NAVISTAR INTERNATIONAL CORPORATION**

                              By:    *\s\ John E. Wade, Jr.*
                                      John E. Wade, Jr.
                                      One of Its Attorneys

OF COUNSEL:
John E. Wade, MSB #6850
Claire W. Ketner, MSB #99708
Brunini, Grantham, Grower & Hewes, PLLC
P.O. Drawer 119
Jackson, MS 39205
Telephone:  (601) 960-6851
Facsimile:   (601) 960-6902
jwade@brunini.com
cketner@brunini.com

04124724

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically transmitted the foregoing pleading or other paper to the Clerk's Office using the CM/ECF System for filing which transmitted a Notice of Electronic Filing to all CM/ECF registrants in this case.

This the 8th day of June, 2022.

                                                                          *\s\John E. Wade Jr.*
                                                                          John E. Wade, Jr.