## IN THE CIRCUIT COURT OF MARSHALL COUNTY, MISSISSIPPI

| | |
|---|---|
| MARVIN BURT, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) CASE NO.: CV2022-069 |
| | ) |
| NAVISTAR, INC.; SUMMIT TRUCK GROUP OF MISSISSIPPI LLC; WATERS TRUCK & TRACTOR CO., INC.; and FICTITIOUS PARTIES NOS. 1-10; | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff MARVIN BURT, by and through undersigned counsel and pursuant to Miss. R. Civ. P. 41(a)(1), voluntarily dismisses all claims against Defendant WATERS TRUCK & TRACTOR CO., INC. ("Defendant WATERS") *without prejudice*. Plaintiff will bear all costs associated with the dismissal of Defendant Waters.

Plaintiff submits that Defendant WATERS has not served an answer or motion for summary judgment and is therefore subject to voluntary dismissal without prejudice by Plaintiff.

The dismissal of Defendant WATERS does not impact Plaintiff's pending claims against the remaining Defendants in this matter.

Respectfully submitted this the 18th day of May, 2022.

/s/ Curt J
J/CURT TANNER (MSB# 106015)
ADAM W. PITTMAN (to apply *pro hac vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue South, Ste. 200
Birmingham, Alabama 35205
Phone: (205) 271-7137
Fax: (205) 324-7896
ctanner@corywatson.com
apittman@corywatson.com

FILED
MAY 25 2022
MONET AUTRY
CIRCUIT CLERK, MARSHALL CO., MS
BY _____ D.C.

1

*signature*

JUAN T. WILLIAMS (BPR # 102869)
PERRY GRIFFIN, PC
5699 Getwell Road
Building G, Suite 5
Southaven, MS 38672
Phone: (662) 536-6868
Fax: (662) 536-6869
JW@PerryGriffin.com